

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2022

No. 04-22-00577-CV

**IN THE INTEREST OF L.M.W., A CHILD**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA01534
Honorable Kimberly Burley, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant J.C.'s parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Thus, the 180-day deadline in which this Court must dispose of this appeal is March 6, 2023. Appellant's brief was due October 26, 2022. However, Appellant has filed a motion for extension of time to file his brief, requesting a twenty-day extension to November 15, 2022. Appellant's motion is GRANTED. Appellant J.C.'s brief is now due on or before November 15, 2022. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

It is so **ORDERED** November 1, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT